**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR 17-004 RSM |
| Plaintiff, | |
| v. | DETENTION ORDER |
| TARAY LAVALE DAVID | |
| Defendant. | |

<u>Offenses charged</u>:

     Count 1:     Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>: January 20, 2017.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

     1.     Defendant has a history of failures to appear, and a conviction for Escape. When taken into custody in state court for the current offense, he was involved with trying to hide from the police, and engaged in a non-violent standoff with them.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

2.      Defendant has multiple arrests and convictions for charges involving firearms. He has at least 5 convictions for unauthorized access to firearms, and it appears that he has been charged with 7 crimes that involve firearms.  He is 25 years old.

3.      Defendant's arrest for state charges involving the current charge involved a standoff with police.

4.      Defendant has serious and on-going mental health problems.

5.      There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2

DATED this 20th day of January, 2017.

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 3