# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CASE NO. CR17-00004RSM |
| ) | |
| vs. ) | ORDER DENYING EMERGENCY |
| ) | MOTION FOR TEMPORARY |
| TARAY LAVALE DAVID, ) | RELEASE FROM CUSTODY |
| ) | |
| Defendant. ) | |

THIS MATTER comes before the Court on the motion for the defendant's temporary release from detention for the sole purpose of attending his grandmother's funeral. Having considered the entirety of the records and files herein, the Court finds no good cause for release.

IT IS HEREBY ORDERED that Defendant's Emergency Motion (Dkt. #33) is DENIED.

. DONE this 20th day of September, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING RELEASE