UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR17-0004RSM |
|---|---|
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO PRECLUDE TESTIMONY OR TO COMPEL AN OFFER OF PROOF |
| TARAY LAVALE DAVID, | |
| Defendant. | |

THIS MATTER comes before the Court on the government's Motion to Preclude Testimony Or, In The Alternative, To Compel An Offer of Proof. Dkt. #65. Having considered the motion, Defendant's opposition thereto (Dkt. #72), and the remainder of the record, the Court hereby finds and ORDERS that the government's motion (Dkt. #65) is DENIED.

DATED this 30th day of November, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1