UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> vs. </br></br> TARAY LAVALE DAVID, </br></br> Defendant. | NO. CR17-0004 RSM </br></br> ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF |

Upon the motion of the Defense to file an over length Motion in support of Motion Regarding Rule 16 Violations in excess of the twelve-page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court for the Western District of Washington,

IT IS HEREBY ORDERED the Motion (Dkt. #80) is GRANTED and the defendant may file a Motion Regarding Rule 16 Violations not to exceed 16 pages.

DATED this 6th day of December 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Kyana Givens*
Assistant Federal Public Defender
Attorney for Defendant Taray L. David

ORDER GRANTING MOTION TO
FILE OVERLENGTH BRIEF - 1
(*Taray David;* CR17-00004RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**