THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 17-0004-RSM |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING UNOPPOSED |
| v. ) | MOTION TO FILE OVERLENGTH BRIEF |
| ) | |
| TARAY L. DAVID, ) | |
| ) | |
| Defendant. ) | |

Upon review the unopposed motion of the defendant to file an over-length motion in excess of 12 pages, the Court finds good cause and by leave of the Court, the motion is GRANTED.

IT IS SO ORDERED.

DONE this 11th day of May, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jennifer Wellman*
Assistant Federal Public Defender
Attorney for Taray David

ORDER GRANTING DEFENSE UNOPPOSED
MOTION TO FILE OVERLENGTH BRIEF
(*Taray David*; CR17-004RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100