The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>        v.<br><br>TARAY DAVID,<br><br>        Defendant. | NO. CR17-004 RSM<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, hereby states: IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Defendant Taray David's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1) that does not exceed 18 pages in length.

DATED this 14th day of May, 2020.

[signature]

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

///
///

ORDER GRANTING UNITED STATES' MOTION TO
FILE A BRIEF IN EXCESS OF TWELVE PAGES
*United States v. David,* CR17-004 RSM  - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*/s/ Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney

*/s/ Helen J. Brunner*
HELEN J. BRUNNER
Assistant United States Attorney

ORDER GRANTING UNITED STATES' MOTION TO
FILE A BRIEF IN EXCESS OF TWELVE PAGES
*United States v. David,* CR17-004 RSM       - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970