The Honorable Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TARAY DAVID,<br><br>Defendant. | NO. CR17-004 RSM<br><br>ORDER GRANTING MOTION TO SEAL EXHIBIT A TO UNITED STATES' RESPONSE TO MOTION FOR REDUCTION IN SENTENCE PURSUANT TO 18 U.S.C. § 3852(c)(1) |

This matter has come before the Court on the motion to seal Exhibit A to United States' Response to Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1). The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibit A to United States' Response to Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1), due to the sensitive information contained therein.

//
//
//
//
//

Sealing Order - 1
*United States v. David,* CR17-004 RSM

1   IT IS HEREBY ORDERED that Exhibit A to United States' Response to Motion
2   for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1) be filed under seal.
3   DATED this 14th day of May, 2020.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney

*/s/ Helen J. Brunner*
HELEN J. BRUNNER
Assistant United States Attorney

Sealing Order - 2
*United States v. David,* CR17-004 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970