1

2

3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

4

5

6

7

8

9

| UNITED STATES OF AMERICA | CASE NO. CR17-4RSM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| TARAY L. DAVID, | |
| Defendant. | |

10

11

Defendant's Unopposed Motion to File Overlength Motion and Brief (Dkt #127) is

GRANTED.

12

DATED this 18th day of May, 2020.

13

14

15

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24