THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TARAY DAVID,<br><br>    Defendant. | No. CR17-0004-RSM<br><br>ORDER GRANTING MOTION TO FILE OVERLENGTH REPLY BRIEF |

This matter comes before the Court on the motion by the defendant to file an over-length reply brief to the government's response to Mr. David's motion for reconsideration. Having thoroughly considered the motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion. Leave of the Court is hereby granted for Mr. David to file a seven-page reply brief.

IT IS SO ORDERED.

DONE this 30th day of July 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jennifer Wellman*
Assistant Federal Public Defender
Attorneys for Taray David

ORDER FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF
(*US v. Taray David;* CR17-004RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100