THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>TARAY LAVALE DAVID,<br><br>    Defendant. | NO. CR17-00004-RSM<br><br>ORDER GRANING DEFENSE MOTION TO SEAL EXHIBIT 1 TO DISPOSITION MEMORANDUM |

THIS MATTER has come before the Court on the motion of defendant, Taray David, to file the Exhibit 1 in support of his Disposition Memorandum, under seal. The Court finds there are compelling reasons to permit the filing of this document under seal.

IT IS HEREBY ORDERED that the defendant shall be permitted to file Exhibit 1 in support of his Disposition Memorandum, under seal.

DATED this 16th day of August 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Jennifer E. Wellman
Assistant Federal Public Defender
Attorney for Taray David

ORDER GRANTING DEFENSE MOTION
TO SEAL EXHIBIT 1 - 1
(*Taray David;* CR17-00004RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100